# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TROY W. LOWERY, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | Case No. 15-CV-1220-SMY-RJD |
| ) | |
| **GERMANTOWN SEAMLESS** ) | |
| **GUTTERING, INC., and SCOTT** ) | |
| **KOHRMANN,** ) | |
| ) | |
| **Defendants.** | |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that, having been advised by the parties that Plaintiff's claims have been settled or otherwise resolved, Plaintiff's claims against the Defendants are **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:  March 31, 2017**

JUSTINE FLANAGAN, Acting Clerk of Court

By: s/ Stacie Hurst, Deputy Clerk

**Approved:**     **s/ Staci M. Yandle**
                   **STACI M. YANDLE**
                   **DISTRICT JUDGE**